## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ALFREDO FLORES-SOSA                  CIVIL ACTION NO. 26-258 SEC P

VERSUS                               JUDGE EDWARDS

BRIAN ACUNA ET AL                    MAG. JUDGE MCCLUSKY

### JUDGMENT OF DISMISSAL

Considering Petitioner's Motion to Voluntary Dismiss Habeas Petition (R. Doc. 9),

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 27th day of February, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE